```
                                FILED
                              APR - 3 2008
                         CLERK, U.S. DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA
                       BY      EF              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) Magistrate No.: **08MJ8224** |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) Motion & Order to Dismiss |
| Francisca ALVARADO-Rivera (1) | ) Material Witness Complaint<br>) Without Prejudice |
| Juan ALVARADO-Rivera (2) | ) |
| Efrain ANGUIANO-Gonzalez (3) | ) |
| Victor Belen MENA-Aldaco (4) | ) |
| Material Witnesses. | ) |

## MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U. S. Attorney, John F. Weis, and hereby moves to dismiss, without prejudice, the complaint against the above named material witnesses in the interest of justice for further investigation.

## ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled complaint

1  Material Witness, Title 18 U.S.C. § 3144, filed on March 12, 2008,
2  before Magistrate Judge Peter C. Lewis, be dismissed, without
3  prejudice, as to the above named material witnesses.
4     IT IS FURTHER ORDERED that bond be exonerated, if bond posted
5  or material witnesses be released, if in custody.
6     IT IS FURTHER ORDERED that any pending hearing dates be
7  vacated as to the above named material witnesses.
8  DATED: 4-3-08

PETER C. LEWIS
U. S. MAGISTRATE JUDGE

12  Presented by:
13  KAREN P. HEWITT
    United States Attorney

16  JOHN F. WEIS
    Assistant U.S. Attorney