UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 APR -3 A 11: 24

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj8224 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Francisca Alvarado-Rivera, et al | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Francisca Alvarado-Rivera

DATED: 4/3/08

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                        DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by J. Flores
         Deputy Clerk